# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **6:18-PO-5036-JCL** |
| Plaintiff, | CVB VIOLATION NO: FAEC004E, FAEC004J, FAEC004K, FAEC004L, FAEC004M, FAEC004N |
| vs. | JUDGMENT AND SENTENCE |
| MITCHELL F. MAYFIELD, | |
| Defendant. | |

_____

Defendant appeared before the Court on September 6, 2018, for his arraignment on the above-referenced violation. The Court advised Defendant of the charges, his rights relative to those charges, and the possible penalties. He stated he understood, and he entered a plea of guilty to the charges. The Court accepted his plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a total amount of $700.00 to be applied as set out here: FAEC004E $20 fine $30 processing fee, FAEC004J $100 fine $30 processing fee, FAEC004K $100 fine $30 processing fee, FAEC004L $100 fine $30 processing fee, FAEC004M $100 fine $30 processing fee, FAEC004N $100 fine $30 processing fee, which has been paid in full.

CVB shall enter **PF** as the disposition.

DATED this  5th  day of March, 2019.

_Jeremiah C. Lynch_
Jeremiah C Lynch
United States Magistrate Judge